# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC HUYNH PHAM, | ) NO. 8:20-cv-02117-KS |
| **Plaintiff,** | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| **Defendant.** | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees, **IT IS ORDERED** that the Commissioner shall pay attorney fees and expenses in the amount of TWO THOUSAND FIVE HUNDRED TWENTY-FIVE DOLLARS and EIGHTY-SEVEN CENTS ($2,525.87), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

DATED: June 4, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE